# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
Luis Marinez

Date of Previous Judgment: 5/24/04
(Use Date of Last Amended Judgment if Applicable)

Case No: 1:04CR00002-01ML
USM No: 05372-070
Steven DiLibero, Esq.
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of x the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 70 months **is reduced to** 57 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 57 to 70 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

x The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served then the Sentence is reduced to a time served sentence

Except as provided above, all provisions of the judgment dated 5/24/04 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3/26/08

Mary M. Lisi
Judge's signature

Effective Date: 3/26/08
(if different from order date)

Mary M. Lisi, Chief U.S. District Judge
Printed name and title